# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
**Plaintiff**

**vs.**                                              CASE NO. 98-13-40(HL)
**MILTON VILLEGAS RIVERA**
**Defendant**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION REQUESTING MODIFICATIONS OF SUPERVISED RELEASE  CONDITIONS

TO THE HONORABLE HECTOR M. LAFFITTE
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMESCOMES NOW, Orlando Rullán, U.S.COMES NOW, Orlando Rullán, U.S. Probation Officer of th**

tthethe conducthe conduct of, Milton Villegas.   On September 16 1999 , Mr. Villegas was sentenced to sixty five  (65)

monthsmonths ofmonths of imprisonment after previously pleading guilty of violating Title 21,months of imprisonment aft

datedate of sentencing the court ordered a  four  (4) year supervised release term witdate of sentencing the court order

conditions:conditions:  The defendantconditions:  The defendant shall submit to urinalysisconditions:  The defendant shall s

ifif such samples detect any use of illegal substances he shall attend a  treatment program. Theif such samples detect a

ordered a financial condition. Mr. Villegas was released from custody on August 8, 2003.

***RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AS FOLLOWS:***

DuringDuring the first two years of During the first two years of his sDuring the first two years of his supervise

nevernever be confirmed by the Probationnever be confirmed by the Probation Officer despite numerous attempts. His bro

of the Unite States Probation Office, was his alleged employer.

AsAs such on August 10, 2005 Mr. Villegas voluntarilyAs such on August 10, 2005 Mr. Villegas voluntarily sign

toto ato a hearing in order to modify his conditions. On August 30, 2005,to a hearing in order to modify his conditions. On

condition to be added to Mr. Villegas term of supervised release.

OnOn NovemberOn November 7, 2005, Mr. Villegas reported and showed this officer a bullet wound he had suffere

inin his abdomen. Hin his abdomen. He was in his abdomen. He was instructed to provided a  police report of the shoo

failedfailed  to submitfailed  to submit the same as requested.  Given the circumstancesfailed  to submit the same as reque

Mr. Villegas authenticity toward  his rehabilitation.

OnOn December 2, 20On December 2, 2005, Chief UOn December 2, 2005, Chief United States Probation Offic

authorizedauthorized a writauthorized a written request byauthorized a written request by this officer for search of r

reasonable suspicion that Mr. Milton Villegas may be involved in new criminal activities.

OnOn February 2, 2006, the United States Probation OffOn February 2, 2006, the United States Probation O

residence.residence.  As a  result, the following items were seized: residence.  As a  result, the following items were seized:

oneone  weapon holster, a list of weapons/ammo and theirone  weapon holster, a list of weapons/ammo and their respective

GMK-091that was reported stolen.

BasedBased on the information the United States Probation Office proceed to contactBased on the information the U

whowho  confirmed that the car was stolen and the offenderwho  confirmed that the car was stolen and the offender waswho

that the car was not his and that it belonged to Mr. Ralphie Colon Rosas his alleged brother in law.

OnOn February 3, 2006  Mr. RalphieColon Rosas affirmed under oath that the car was his property and

tthatthat Mr.that Mr. Villegas had no knowledge of the situation or any information regarding the stolen vehicle.

AccordingAccording to Mr. Colon the offender onlyAccording to Mr. Colon the offender only stored the car as a personalA

decidecidedecideddecided not to file any charges against Mr. Villegas at that time. A subsequent investigation revealed th

Mr. Ralphie Colon Ramos is the brother of a former paramour whom the defendant had not seen in years.

OnOn March 16, 2006, this specialOn March 16, 2006, this special supervisedOn March 16, 2006, this special superv

whowho voluntarily signed the Probation Form # 49, Waiver of Hearing to Modify Condiwho voluntarily signed the Pro

Release and Probation.

**WHEREFORE**, I declare under, I declare under penalty of, I declare under penalty of perjury that the forgoing is thethe aforementioned, it is respectfully requested, unless ruled otherwise, that a mothe aforementioned, it is respectfully releaserelease conditions be imposed to include the following special supervised release condirelease conditions be imposed to

**shallshall be placed inshall be placed in Home Confinement  for a period of six (6)shall be placed in Home Confinem**

**daysdays of being placed on probation and/or withinwithin thirty (30) days of his/her release from imprisonment.**

**DuringDuring this time, the defendant shall remain at his/her place ofDuring this time, the defendant shall remain**

**otherother activities approved in advance byother activities approved in advance by the probatiother activiti**

**telephonetelephone attelephone at his/her place of residence without anytelephone at his/her place of residence witho**

**cordlesscordless telephones during the term of electroniccordless telephones during the term of electronic monitori**

**devicedevice and shall observe thedevice and shall observe the rules specified by the probation office.  The defendan**

**thethe amothe amount of $3.the amount of $3.47 for the  cost of the Electronic Monitoring Device.  He/she shal**

**judicial district to which he/she is sentenced or released during the term of electronic monitoring.**

In San Juan, Puerto Rico, this 28th  day of March 2006.

Respectfully submitted,
EUSTAQUIO BABILONIA CHIEF,
UNITED STATES PROBATION OFFICER
s/ Orlando Rullán
Orlando Rullán
U.S. Probation Officer
Federal Office Building
Office 400
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Telephone: (787) 766-6503
Fax: (787) 766-5945
E-mail: orlando_rullan@prp.uscourts.gov

## CERTIFICATE OF SERVICE

II HEREBY certifyI HEREBY certify that onI HEREBY certify that on March 28, 2005, I electronically filed the fore

ofof tof the Court using the CM/ECF system which will send notification of such filing to the following: Mrof the Cou

Humbert S. García, U.S. Attorney, and to Raphael Castro Lang.

At San Juan, Puerto Rico, March 28ᵗʰ , 2006.

s/Orlando Rullán<br/>
Orlando Rullán<br/>
U.S. Probation Officer<br/>
Federal Office Building<br/>
Office 400<br/>
150 Carlos Chardón Avenue<br/>
San Juan, PR 00918-1741<br/>
Telephone: (787) 766-6503<br/>
Fax: (787) 766-5945<br/>
E-mail: orlanndo_rullan@prp.uscourts.gov