## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

**vs.**                                             **CASE NO.: 3:98CR13-40**

**MILTON VILLEGAS-RIVERA**

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

### MOTION FOR SOME DISPOSITION

**TO THE HONORABLE HECTOR M. LAFFITTE, SENIOR
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO:**

 **COMES NOW, Orlando Rullán, U.S. Probation Officer of this Court,** presenting a report on the conduct of Milton Villegas-Rivera.  On September 16, 1999 , Mr. Villegas-Rivera was sentenced to sixty five (65) months of imprisonment after previously pleading guilty of violating Title 21, U.S. C. § 841 (a) (1).  On the date of sentencing the court ordered a four (4) year supervised release term with the following special conditions:  The defendant shall submit to urinalysis whenever required to do so by the probation officer and if such samples detect any use of illegal substances he shall attend a treatment program.  The court also ordered a financial condition.  Mr. Villegas-Rivera was released from custody on August 8, 2003.

***RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AS FOLLOWS:***

 On February 2, 2006, the United States Probation Office conducted a search at Mr. Villegas' residence.  As a result, the following items were seized:  Thirty six (36) illegal explosives, a list of weapons/ammunitions and their respective prices.  On March 31, 2006 Mr. Villegas' supervised release conditions were modified after he admitted guilt for violating his conditions of supervised release.  Up to this date the U.S. Probation Office has maintained custody of the items seized on February 2, 2006.

**Wherefore,** it is respectfully recommended to the Court that the 36 illegal explosives be destroyed by the U.S. Probation Office.

In San Juan, Puerto Rico, this 12th day of February , 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


<u>s/orlando rullán</u>
Orlando Rullán
U.S. Probation Officer
Federal Office Building
Office 400
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Telephone: (787) 766-6503
Fax: (787) 766-5945
E-mail: orlando_rullan@prp.uscourts.gov

ORO/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which send notification of such filing to the following:  Rosa E. Rodríguez, U.S. Attorney and Joseph Laws, Federal Public Defender.

<u>s/Orlando Rullan</u>
Orlando Rullán
U.S. Probation Officer
Federal Office Building
Office 400
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Telephone: (787) 766-6503
Fax: (787) 766-5945
E-mail: orlando_rullan@prp.uscourts.gov